# Court of Appeals
# of the State of Georgia

ATLANTA,  April 12, 2018

*The Court of Appeals hereby passes the following order:*

**A18E0041. THE STATE v. COHEN et al.**

The State has filed an emergency motion to halt jury deliberations in the above case that was tried in the Fulton County Superior Court. They seek to challenge the trial court's charge to the jury regarding one-party consent to video recordings.

The State initially filed this emergency motion in the Supreme Court of Georgia, which transferred it to this Court. In the interim, the jury returned a verdict of acquittal. As it appears that the verdict has been received and the jury has been released, this Court cannot provide the requested relief. Accordingly, the State's emergency motion is hereby DENIED as moot.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  04/12/2018*
*I certify that the above is a true extract from*
the minutes of the Court of Appeals of Georgia.
*Witness my signature and the seal of said court*
hereto affixed the day and year last above written.

_____ , *Clerk.*